PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: John Brandon Shively     Case Number: 3:02-CR-00073-01

Name of Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: September 23, 2003

Original Offense: Ct. 2 - 21 U.S.C. § 841(a)(1), Possession of a Controlled Substance; Ct. 5 - 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of Drug Trafficking Offense; Ct. 7 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

Original Sentence: 152 months' custody and 4 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: January 2, 2013

Assistant U.S. Attorney: Scarlett Singleton Nokes    Defense Attorney: Caryll S. Alpert

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 10 day of March, 2014,
and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date    March 10, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall not commit another federal, state, or local crime.**

    On January 28, 2014, Mr. Shively was convicted of Driving Under the Influence in Davidson County General Sessions Court for the arrest in September 2013. He was sentenced to 11 months, 29 days custody, suspended all but 48 hours and ordered to pay $1,069 in court costs and fines.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Shively began supervised release on January 2, 2013. He is scheduled to terminate supervision on January 1, 2017.

A report was submitted to the Court requesting no action on September 25, 2013, to inform that Mr. Shively had been arrested and charged with Driving Under the Influence. Following the arrest, he admitted to the probation officer that he had approximately six mixed drinks that evening. He was referred for a substance abuse assessment on October 15, 2013. An assessment was completed on October 21, 2013, and no treatment was recommended at that time. No action was taken by the Court at that time.

A petition to modify the conditions of supervision was submitted to the Court on November 22, 2013, to inform that Mr. Shively been received money from inmate in the Bureau of Prisons and sent the money to a third party and had not been truthful with the probation officer. The petition requested for a condition to be added for the offender to reside at the halfway house for 4 months. A hearing was held before Your Honor on December 4, 2013. A condition was ordered for Mr. Shively to complete 4 months home confinement.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Shively be continued on supervised release with no further action at this time.

The U. S. Attorney's Office has been notified and concurs with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

**Offender's Address:**

1363 General George Patton Road
Nashville, TN 37221